IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN - 5 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 06 - CV - 01058 - BNB

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

DANIEL PATRICK YASCAVAGE, pro se,

    Plaintiff,

v.

KATHERINE ALBRECHT, Community Corrections Officer,
MIKE MILES, Community Corrections Officer, Supervisor South Metro Office,
ALLAN STANLEY, Chairman Colorado Board of Parole,
GOVERNOR BILL OWENS,
JEFFERY DONIGER, Court Appointed Counsel, and
DOES 1 thru 100 Inclusive,

    Defendants.

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION

Plaintiff Daniel Patrick Yascavage has submitted a Prisoner Complaint. The complaint is in proper form. Therefore, the clerk of the court will be directed to commence a civil action. Plaintiff also has tendered the $350.00 filing fee. The clerk of the court will be directed to mail to the Plaintiff, together with a copy of this order, a receipt for full payment of the $350.00 filing fee. Accordingly, it is

ORDERED that the clerk of the court commence this civil action. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together with a copy of this order, a receipt for full payment of the $350.00 filing fee. It is

FURTHER ORDERED that process shall not issue until further order of the court.

DATED at Denver, Colorado, this __1st__ day of __June__, 2006.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.   06 - CV - 01058 - BNB

Daniel P. Yascavage
Doc# 109566
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

I hereby certify that I have mailed a copy of the **ORDER and a copy of the receipt for full payment of the filing fee** to the above-named individuals on 6-5-06

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk